AO 106 (Rev. 04/10) Application for a Search Warrant

4-1-14

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
**FILED**

MAR 2 4 2014

David J. Bradley, Clerk of Court

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

1998 black Ford Explorer purchased and registered to Robert James Talbot, Jr.

Case No. H14-288 MJ

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

1998 black Ford Explorer bearing Texas license plate number CMX3865.

located in the _____Southern_____ District of _____Texas_____, there is now concealed *(identify the person or describe the property to be seized)*:

See attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. Section 373(a) | Solicitation To Commit A Crime Of Violence |

The application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*D. Renee Cline*
Applicant's signature

D. Renee Cline, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: March 24, 2014

City and state: Houston, TX

*Frances H. Stacy*
Judge's signature

US Magistrate Judge Frances H Stacy
Printed name and title

Attachment A

Robert James Talbot, Jr., ("TALBOT") came to the attention of the FBI Albany Division after making online posts utilizing the online monikers Nisroc and Steveo, to blow up Federal Buildings and kill politicians. TALBOT was banned from the online forums due to his extreme statements. On or about July 24, 2013, TALBOT moved to Pasadena, Texas via Amtrak train. On August 21, 2013, a confidential human source (CHS) contacted FaceBook user name "Roberts Liberty" online. Further investigation revealed "Roberts Liberty" to be TALBOT. TALBOT provided the CHS with a contact number of 585-489-2237 and told the CHS to contact him on that number. On August 23, 2013, CHS contacted TALBOT by telephone. During the conversation, TALBOT advised the CHS he had converted his personal AK-47 from semiautomatic to full automatic. TALBOT further offered to convert the CHS's gun to full automatic. TALBOT asked the CHS to join him and 5-6 others with TALBOT's plans to attack the "collars" in Washington, D.C. and take back the government by force. TALBOT stated to the CHS in the same conversation that prior to engaging their primary targets in Washington, D.C.; the group would conduct 2-3 training missions at mosques that TALBOT had already identified. TALBOT told the CHS they would attack the mosques when they were full of people and kill as many men, women, and children as possible. TALBOT has advocated robbing banks to obtain funds to purchase additional weapons and ammunition.

On August 27, 2013, a CHS met with TALBOT in person in Pasadena, Texas. TALBOT introduced himself to the CHS as Roberts Liberty. The CHS told TALBOT he looked different than Roberts Liberty's FaceBook photo. TALBOT told the CHS the photo was edited from a video he had taken.

On September 8, 2013, TALBOT contacted a Federal Bureau of Investigation (FBI) Online Undercover Employee (OCE) online under the screen name AKFury34. TALBOT told the OCE that he had created the new screen name due to the administrators banning TALBOT from the forum due to his extreme violent statements. TALBOT told the OCE he could contact TALBOT at 585-489-2237 or rob.ta@aol.com.

On October 9, 2013, TALBOT told a CHS that he had purchased a vehicle. TALBOT asked the CHS to assist him in stealing license plates for his vehicle. The investigation revealed that TALBOT purchased a 1998 Ford Explorer on or about October 14, 2013. TALBOT attempted to register the vehicle on October 21, 2013 but did not have enough money to register the vehicle. TALBOT applied for a Texas Driver's License and Texas Identification Card on October 21, 2013. On the Application for Texas Drives License, TALBOT marked that he owns a vehicle and has current liability insurance. TALBOT provided a copy of his Texas Liability Insurance Card. The card was issued October 19, 2013 and valid thru April 19, 2014, for a 1998 Ford Explorer, Vehicle Identification Number (VIN) IFMZU32X2WZA59669. TALBOT advised a CHS once he has a vehicle, he will drive to New York to obtain his weapons and gear and bring them back to Houston.

On October 15, 2013, TALBOT told a CHS he will be starting a "black market" job of converting weapons from semi-automatic to full automatic. TALBOT advised that he will do the conversions and sell them to other militia members for a profit. TALBOT informed the CHS that he will have enough money soon to drive to New York to pick up a few things.

On October 18, 2013, TALBOT asked the CHS about his/her availability to walk away from the CHS's current employment and set in motion the initial stage of TALBOT's plan to rob banks. TALBOT posted on Facebook that his landlord observed someone looking at TALBOT's vehicle. TALBOT posted: "If I ever see any of you Private Detectives near my vehicle at night or FEDS, I will kill you. And that is not a threat....And I will promise you, your colleagues will not find your body".

On October 21, 2013, TALBOT posted on Facebook that he had gone to four Bank of Americas to "play observation". He advised they have security leaks and is aware of the bullet proof glass. TALBOT encouraged anyone who robs these banks to kill everyone working for the "banking cartels" during the heist. He claimed, "That is exactly what I will have my men do during the heist". TALBOT also stated the following: "Same goes with the fucking Muslims. Mosques are going to be a blast! With three of my guys with FA (full automatic) AK's (AK-47), we will send that white house worthless piece of dirt and his Muslim brotherhood a message they will never forget. Fridays are Mosque open season days for those who don't know". TALBOT is referring to previous plans to attack mosques as "training missions" prior to going to Washington D.C. TALBOT claims, "It only takes 4-6 men to do this damage but this is only a training course, the main focus will be in Government installations where the Communist (Left Wing Extremists) walk in and out all day and make themselves targets for us. They all where (sp) the MARK".

TALBOT is very surveillance conscience. TALBOT has instructed a CHS to purchase numerous prepaid phones to prevent the government from monitoring their conversations. As a security precaution, TALBOT removes the batteries from his cellular telephones when he is not using them to prevent law enforcement from tracking him. He has also employed the use of counter-surveillance measure while operating his vehicle.

On November 21, 2013, TALBOT notified OCE that he (Talbot) created a Facebook page titled "American Insurgent Movement". TALBOT created the American Insurgent Movement (AIM) Facebook page to recruit like minded individuals to "fight for the cause". Talbot described AIM as "a Pre-Constitutionalist Community that offers those who seek True Patriotism and are looking for absolute Freedom by doing the Will of God. Who want to restore America Pre-Constitutionally and look forward to stopping the Regime with action by bloodshed. To remove those by force whom don't agree with the Restoration of the Republic and work with the "powers that be" by use of the Declaration of Independence".

On December 5, 2013 TALBOT advised the CHS that he put a down payment on a Polish AK-47 pistol, 7.62 X 39 with (1) 75 round drum magazine and (2) 30 round magazines for $399.99 shipped from slickguns.com.

On January 2, 2014, during a meet with an FBI CHS, TALBOT asked the CHS to travel to New York in late March or early April 2014 to pick up his AK-47 and other gear. TALBOT will take his vehicle and wants the CHS to accompany him on the trip. TALBOT told the CHS he does not have a drivers license, so if they get stopped, they will have to kill cops. TALBOT instructed the CHS to start watching violent war movies to mentally prepare for killing people. TALBOT told the CHS to be patient because they need to continue to recruit and train before they can conduct

bank robberies. During the meeting, TALBOT observed someone in the parking lot. TALBOT told the CHS, "It's probably a FED. They always tag me. They don't mess with me because they know I have a gun".

On January 4, 2014, TALBOT purchased a Glock model 31, .357 caliber hand gun from Jim Pruett's Guns and Ammo in Houston, Texas. On January 7, 2014, writer obtained a copy of the Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473, Firearms Transaction Record from Pruett's Guns, confirming the purchase of the hand gun.

On or about January 7, 2014, during an online chat, TALBOT told the CHS to start looking at Bank of America (BOA) and Chase banks that they can start to hit. TALBOT explained they need "funds for our operations and I need larger weapons which I can get my hands on".

TALBOT's vehicle was located at Golbow's Garage, 21822 Franz Road, Katy, Texas from January 12-18, 2014. The vehicle returned to TALBOT's residence on January 18, 2014. Surveillance was conducted at TALBOT's place of employment on January 15, 2014, he was not observed. Surveillance was conducted at TALBOT's residence on January 16, 2014, he was not observed. A pole camera was installed in the area of TALBOT's residence on January 20, 2014. Court records showed that TALBOT was arrested by Texas Department of Public Safety on January 12, 2014 for Driving While Intoxicated (DWI). TALBOT pleaded guilty to DWI and sentenced to five days in custody and one year probation and fines. After his release, TALBOT was seen walking into his current residence located at 2303 Dartmouth Hill Court in Katy, Texas.

TALBOT drove his vehicle to meet with FBI Under Cover Employee (UCE) - 4452 and UCE - 4966 on January 22, 2014. TALBOT discussed his continued plans to rob banks and spoke specifically about his surveillance of multiple bank locations in the greater Houston area. TALBOT solicited both (UCE) - 4452 and UCE - 4966 to join him in his "American Insurgent Movement." TALBOT told UCE - 4452 and UCE - 4966 that he was willing to manufacture silencers for their firearms. TALBOT asked UCE - 4452 and UCE - 4966 to provide him cash up front, along with the make and models of their firearms, and he will purchase the parts necessary for him to make the illegal silencers. TALBOT further discussed that they will use their silencers during the commission of bank robberies.

On January 30, 2014, TALBOT posted on the AIM Facebook page "Liberty movement starts this summer for those who are up for anything. Email the admin if your interested in walking away from your life (we have weapons if you need a weapon) to stop the Regime. We always will be recruiting...You will be giving your life for a greater nation restoring liberty and the Lord himself. Stopping the New World Order and banking cartels." On January 31, 2014, TALBOT posted on AIM "Operation Liberty is going in full effect this summer if your sick of your life style and want to make a difference then email a admin. Do not plan on coming back to society:. On February 2, 2014, TALBOT posted on AIM "We will show them Liberty Unit 1 and Unit 2...We will show them what creating Liberty is really like and anyone who stand in our path like any cop. Will be SHOWN EXTREME prejudice". On February 9, 2014, TALBOT posted on AIM "Looking ONLY for ex-military or self trained men who trained in guerrilla warfare and understand war/battle to the fullest. I cannot take someone whom doesn't understand what

war/battle is or like. Let alone cannot follow a order when shooting someone at point blank range, which will happen. That cannot handle seeing body parts flying everywhere..That isn't afraid to pull the trigger especially when given that order. I don't need someone freezing up when bullets are whizzing past there head and jeopardize the rest of the team. I can train you, but I have no time to put that much effort into someone mentally to handle blood and killing". On February 14, 2014 TALBOT replied to a post on AIM " That's ok Operation Liberty is paying a visit to there full Mosques. That should make news". On February 19, 2014, Talbot posted the video "Actual Bank Robbery in Detroit –Absolutely Priceless". Above the post Talbot wrote "soon it will be me and my teams turn".

TALBOT, drove his vehicle to meet with FBI UCE - 4452 and UCE - 4966 again on February 20, 2014. TALBOT was carrying a firearm and two 30 round magazines. TALBOT told UCE - 4452 and UCE - 4966 there is a cop he wants dead. They need to be prepared to ambush and kill the "cop" that arrested him for DWI. TALBOT told the UCEs he knows where the "cop" patrols and he (TALBOT) already has it planned. They will do it late at night, wearing camouflage. They will kill him and wait for other police to arrive and kill all of them.

Based upon conversations on January 18, 2014 and January 28, 2014, TALBOT stated that he wanted to acquire Composition 4 (C4) explosives and dynamite to be used during the commission of the bank robberies. TALBOT stated he has researched on-line how to create bombs by using C4 and dynamite. TALBOT told the UCEs he has researched targets as well as mapped out escape routes after robbing the banks. TALBOT instructed the UCEs to obtain a storage facility to store stolen explosives. TALBOT has plans to use the stolen explosives to "level the banks and kill all the employees" if they do not comply during the bank robberies. The purpose of killing people in the banks is to ruin the reputation of the "banking cartel". TALBOT believes people will no longer use those businesses after people are killed inside.

During March 11 -13 2014, consensual monitoring were conducted with the UCEs. TALBOT stated he has researched on-line how to create bombs by using C4 and dynamite and intended to use them to rob armored vehicles to penetrate the locking mechanism of the armed doors. Talbot told UCEs he has researched targets as well as mapped out escape routes after robbing the armor vehicles. TALBOT told UCE-4452 he would kill the armor vehicle driver and anyone inside the vehicle by using a hand grenade and C4 explosives.

On March 15, 2014, TALBOT posted on the AIM Facebook page "In a few weeks me and my team are goin active for Operation Liberty…I will not be able to post no more. We will be the revolution, things will happen nation wide or in states. They will call us many names and spin things around on media. Just remember we fight to stop Marxism, liberalism, Central banking Cartels and the New World Order. I will try to find someone to take over this community page, but most of the guys who are admins are part of my unit. I will have a website up in 2 months….The funding is unlimited since the banking cartel will be forced to fund our movements".

TALBOT has agreed to meet with both UCEs sometime during the week of March 24th with the intent to conduct reconnaissance of the armored vehicles patterns, which TALBOT personally has decided to target. TALBOT also has agreed to travel with the UCEs to the storage facility

where the alleged "stolen" explosives are being kept. TALBOT previously discussed that he intended to conduct a "flame test" to confirm that the explosive material field tests positive for the presumptive presence of explosive material. TALBOT told UCEs he researched how to conduct an electronic pulse test to confirm the C4's legitimacy.

Since TALBOT arrived in the Houston area in August 2013, he has lived at four separate residences. TALBOT uses Craigslist to locate rooms to rent. He stays for three to four months with the intent of not paying the last month's rent and leaves. TALBOT was evicted from 2303 Dartmouth Hills Court, Katy, Texas on or about January 20, 2014. TALBOT further has stated he would be moving from his current residence, 24757 Grand Harbor Drive #1228, Katy, Texas on March 22, 2014. TALBOT advised CHS he (TALBOT) would live in his truck until he could find another room to rent.

## Conclusion

Based upon the information outlined above, there is probable cause to believe that Robert James Talbot Jr.'s vehicle seized by your Affiant from the subject has been used in the commission of the crime and contain evidence of violation of Title 18, United States Code, Sections 373 (a) Solicitation to commit a crime of violence and Title 18, Section 1951(a) & Attempt to Interfere with Commerce by Robbery and may contain evidence regarding the aforementioned criminal violations.

## ATTACHMENT B

**Particular Items to be Seized**

I.      To the extent that the information described in Attachment A is within the possession, custody, or control of Robert James Talbot Jr.   All the above constitutes evidence, fruits and instrumentalities of 18 U.S.C. Section 373 (a) Solicitation to commit a crime of violence.

1.  Financial documents to include Western Union receipts, checking account records, and/or cashier's checks, money orders or money grams.

2.  Documents including but not limited to any type of explosive materials to include pictures of explosive devices, military manuals and research conducted on-line.

3.  Records, including but not limited to address and telephone books (electronic or otherwise), telephone bills, false identification or other forms of identification.

4.  Documents including but not limited to research conducted on conversion of weapons, to include on-line research and pictures.

5.  Documents including but not limited to research conducted on various financial institutions, armored vehicle services, and maps.

6.  Laptop computer and any digital media

7.  Cellular telephones to include SIM Cards or any other removable portable memory card used for cellular telephones.

8.  Weapons, firearms, ammunition.

9.  Thermite or any other substance that could possibly be used as a pre-cursor to manufacturing an explosive device.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | |
| SEARCH OF: | § | **UNDER SEAL** |
| THE PROPERTIES DESCRIBED | § | Case No. |
| IN ATTACHMENT A | § | H14-288 MJ |

## AFFIDAVIT IN SUPPORT OF
## APPLICATION FOR SEARCH WARRANT

I, D. Renee Cline, being first duly sworn, hereby depose and state as follows:

### Summary

The FBI seeks a warrant to search a 1998 black Ford Explorer bearing Texas license plate number CMX3865, purchased and registered to Robert James Talbot, Jr.

### Introduction and Agent Background

1.  I am a Special Agent of the Federal Bureau of Investigation (FBI) assigned to the Domestic Terrorism squad in the Houston, Texas division. I have been employed by the FBI since May 2008. I have participated in numerous investigations of Domestic Terrorism, utilizing court ordered pen, trap and trace, federal grand jury subpoenas, have conducted or participated in surveillances, debriefing of informants and reviews of recorded conversations. Through my training, education and experience, I have become familiar with the manner in domestic terrorists to include militia extremists plans, and conduct their operations, including but not limited to their methods of communication and the use of electronic devices to include laptop computers. As a Special Agent of the FBI, I am charged with the duty of investigating violations of the laws of the United States, collecting evidence in cases in which the United States is or may be a party in interest, and performing other duties imposed by law.

2.  The facts set forth in this affidavit are based upon my own personal observations, my training and experience, as well as information obtained during this investigation from other sources, including: (a) other agents from the FBI, and other law enforcement personnel involved in this investigation; (b) statements made or reported by various witnesses with personal knowledge of relevant facts; and (c) my review of records obtained during the course of this investigation, as well as summaries and analyses of such documents and records that have been prepared by others.

3.  Because this affidavit is submitted for the limited purpose of establishing probable cause that evidence of a crime exists on Robert James Talbot Jr., laptop computer and possible digital media in his possession, I have not set forth each and every fact I have learned in connection with this investigation. Where conversations and events are referred to herein,

they are related in substance and in part, and where figures and calculations are set forth herein, they are approximate.

## Background of Investigation

4. Robert James Talbot, Jr., ("TALBOT") came to the attention of the FBI Albany Division after making online posts utilizing the online monikers Nisroc and Steveo, to blow up Federal Buildings and kill politicians. TALBOT was banned from the online forums due to his extreme statements. On or about July 24, 2013, TALBOT moved to Pasadena, Texas via Amtrak train. On August 21, 2013, a confidential human source (CHS) contacted FaceBook user name "Roberts Liberty" online. Further investigation revealed "Roberts Liberty" to be TALBOT. TALBOT provided the CHS with a contact number of 585-489-2237 and told the CHS to contact him on that number. On August 23, 2013, CHS contacted TALBOT by telephone. During the conversation, TALBOT advised the CHS he had converted his personal AK-47 from semiautomatic to full automatic. TALBOT further offered to convert the CHS's gun to full automatic. TALBOT asked the CHS to join him and 5-6 others with TALBOT's plans to attack the "collars" in Washington, D.C. and take back the government by force. TALBOT stated to the CHS in the same conversation that prior to engaging their primary targets in Washington, D.C.; the group would conduct 2-3 training missions at mosques that TALBOT had already identified. TALBOT told the CHS they would attack the mosques when they were full of people and kill as many men, women, and children as possible. TALBOT has advocated robbing banks to obtain funds to purchase additional weapons and ammunition.

5. On August 27, 2013, a CHS met with TALBOT in person in Pasadena, Texas. TALBOT introduced himself to the CHS as Roberts Liberty. The CHS told TALBOT he looked different than Roberts Liberty's FaceBook photo. TALBOT told the CHS the photo was edited from a video he had taken.

6. On September 8, 2013, TALBOT contacted a Federal Bureau of Investigation (FBI) Online Undercover Employee (OCE) online under the screen name AKFury34. TALBOT told the OCE that he had created the new screen name due to the administrators banning TALBOT from the forum due to his extreme violent statements. TALBOT told the OCE he could contact TALBOT at 585-489-2237 or rob.ta@aol.com.

7. On October 9, 2013, TALBOT told a CHS that he had purchased a vehicle. TALBOT asked the CHS to assist him in stealing license plates for his vehicle. The investigation revealed that TALBOT purchased a 1998 Ford Explorer on or about October 14, 2013. TALBOT attempted to register the vehicle on October 21, 2013 but did not have enough money to register the vehicle. TALBOT applied for a Texas Driver's License and Texas Identification Card on October 21, 2013. On the Application for Texas Drives License, TALBOT marked that he owns a vehicle and has current liability insurance. TALBOT provided a copy of his Texas Liability Insurance Card. The card was issued October 19, 2013 and valid thru April 19, 2014, for a 1998 Ford Explorer, Vehicle Identification Number (VIN) IFMZU32X2WZA59669. TALBOT advised a CHS once he has a vehicle, he will drive to New York to obtain his weapons and gear and bring them back to Houston.

8. On October 15, 2013, TALBOT told a CHS he will be starting a "black market" job of converting weapons from semi-automatic to full automatic. TALBOT advised that he will do the conversions and sell them to other militia members for a profit. TALBOT informed the CHS that he will have enough money soon to drive to New York to pick up a few things.

9. On October 18, 2013, TALBOT asked the CHS about his/her availability to walk away from the CHS's current employment and set in motion the initial stage of TALBOT's plan to rob banks. TALBOT posted on Facebook that his landlord observed someone looking at TALBOT's vehicle. TALBOT posted: "If I ever see any of you Private Detectives near my vehicle at night or FEDS, I will kill you. And that is not a threat….And I will promise you, your colleagues will not find your body".

10. On October 21, 2013, TALBOT posted on Facebook that he had gone to four Bank of Americas to "play observation". He advised they have security leaks and is aware of the bullet proof glass. TALBOT encouraged anyone who robs these banks to kill everyone working for the "banking cartels" during the heist. He claimed, "That is exactly what I will have my men do during the heist". TALBOT also stated the following: "Same goes with the fucking Muslims. Mosques are going to be a blast! With three of my guys with FA (full automatic) AK's (AK-47), we will send that white house worthless piece of dirt and his Muslim brotherhood a message they will never forget. Fridays are Mosque open season days for those who don't know". TALBOT is referring to previous plans to attack mosques as "training missions" prior to going to Washington D.C. TALBOT claims, "It only takes 4-6 men to do this damage but this is only a training course, the main focus will be in Government installations where the Communist (Left Wing Extremists) walk in and out all day and make themselves targets for us. They all where (sp) the MARK".

11. TALBOT is very surveillance conscience. TALBOT has instructed a CHS to purchase numerous prepaid phones to prevent the government from monitoring their conversations. As a security precaution, TALBOT removes the batteries from his cellular telephones when he is not using them to prevent law enforcement from tracking him. He has also employed the use of counter-surveillance measure while operating his vehicle.

12. On November 21, 2013, TALBOT notified OCE that he (Talbot) created a Facebook page titled "American Insurgent Movement". TALBOT created the American Insurgent Movement (AIM) Facebook page to recruit like minded individuals to "fight for the cause". Talbot described AIM as "a Pre-Constitutionalist Community that offers those who seek True Patriotism and are looking for absolute Freedom by doing the Will of God. Who want to restore America Pre-Constitutionally and look forward to stopping the Regime with action by bloodshed. To remove those by force whom don't agree with the Restoration of the Republic and work with the "powers that be" by use of the Declaration of Independence".

13. On December 5, 2013 TALBOT advised the CHS that he put a down payment on a Polish AK-47 pistol, 7.62 X 39 with (1) 75 round drum magazine and (2) 30 round magazines for $399.99 shipped from slickguns.com.

14. On January 2, 2014, during a meet with an FBI CHS, TALBOT asked the CHS to travel to New York in late March or early April 2014 to pick up his AK-47 and other gear. TALBOT will take his vehicle and wants the CHS to accompany him on the trip. TALBOT told the CHS he does not have a drivers license, so if they get stopped, they will have to kill cops. TALBOT instructed the CHS to start watching violent war movies to mentally prepare for killing people. TALBOT told the CHS to be patient because they need to continue to recruit and train before they can conduct bank robberies. During the meeting, TALBOT observed someone in the parking lot. TALBOT told the CHS, "It's probably a FED. They always tag me. They don't mess with me because they know I have a gun".

15. On January 4, 2014, TALBOT purchased a Glock model 31, .357 caliber hand gun from Jim Pruett's Guns and Ammo in Houston, Texas. On January 7, 2014, writer obtained a copy of the Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473, Firearms Transaction Record from Pruett's Guns, confirming the purchase of the hand gun.

16. On or about January 7, 2014, during an online chat, TALBOT told the CHS to start looking at Bank of America (BOA) and Chase banks that they can start to hit. TALBOT explained they need "funds for our operations and I need larger weapons which I can get my hands on".

17. TALBOT's vehicle was located at Golbow's Garage, 21822 Franz Road, Katy, Texas from January 12-18, 2014. The vehicle returned to TALBOT's residence on January 18, 2014. Surveillance was conducted at TALBOT's place of employment on January 15, 2014, he was not observed. Surveillance was conducted at TALBOT's residence on January 16, 2014, he was not observed. A pole camera was installed in the area of TALBOT's residence on January 20, 2014. Court records showed that TALBOT was arrested by Texas Department of Public Safety on January 12, 2014 for Driving While Intoxicated (DWI). TALBOT pleaded guilty to DWI and sentenced to five days in custody and one year probation and fines. After his release, TALBOT was seen walking into his current residence located at 2303 Dartmouth Hill Court in Katy, Texas.

18. TALBOT drove his vehicle to meet with FBI Under Cover Employee (UCE) - 4452 and UCE - 4966 on January 22, 2014. TALBOT discussed his continued plans to rob banks and spoke specifically about his surveillance of multiple bank locations in the greater Houston area. TALBOT solicited both (UCE) - 4452 and UCE - 4966 to join him in his "American Insurgent Movement." TALBOT told UCE - 4452 and UCE - 4966 that he was willing to manufacture silencers for their firearms. TALBOT asked UCE - 4452 and UCE - 4966 to provide him cash up front, along with the make and models of their firearms, and he will purchase the parts necessary for him to make the illegal silencers. TALBOT further discussed that they will use their silencers during the commission of bank robberies.

19. On January 30, 2014, TALBOT posted on the AIM Facebook page "Liberty movement starts this summer for those who are up for anything. Email the admin if your interested in walking away from your life (we have weapons if you need a weapon) to stop the Regime. We always will be recruiting…You will be giving your life for a greater nation restoring liberty and the Lord himself. Stopping the New World Order and banking cartels."

On January 31, 2014, TALBOT posted on AIM "Operation Liberty is going in full effect this summer if your sick of your life style and want to make a difference then email a admin. Do not plan on coming back to society:. On February 2, 2014, TALBOT posted on AIM "We will show them Liberty Unit 1 and Unit 2...We will show them what creating Liberty is really like and anyone who stand in our path like any cop. Will be SHOWN EXTREME prejudice". On February 9, 2014, TALBOT posted on AIM "Looking ONLY for ex-military or self trained men who trained in guerrilla warfare and understand war/battle to the fullest. I cannot take someone whom doesn't understand what war/battle is or like. Let alone cannot follow a order when shooting someone at point blank range, which will happen. That cannot handle seeing body parts flying everywhere..That isn't afraid to pull the trigger especially when given that order. I don't need someone freezing up when bullets are whizzing past there head and jeopardize the rest of the team. I can train you, but I have no time to put that much effort into someone mentally to handle blood and killing". On February 14, 2014 TALBOT replied to a post on AIM " That's ok Operation Liberty is paying a visit to there full Mosques. That should make news". On February 19, 2014, Talbot posted the video "Actual Bank Robbery in Detroit –Absolutely Priceless". Above the post Talbot wrote "soon it will be me and my teams turn".

20.     TALBOT, drove his vehicle to meet with FBI UCE - 4452 and UCE - 4966 again on February 20, 2014. TALBOT was carrying a firearm and two 30 round magazines. TALBOT told UCE - 4452 and UCE - 4966 there is a cop he wants dead. They need to be prepared to ambush and kill the "cop" that arrested him for DWI. TALBOT told the UCEs he knows where the "cop" patrols and he (TALBOT) already has it planned. They will do it late at night, wearing camouflage. They will kill him and wait for other police to arrive and kill all of them.

21.     Based upon conversations on January 18, 2014 and January 28, 2014, TALBOT stated that he wanted to acquire Composition 4 (C4) explosives and dynamite to be used during the commission of the bank robberies. TALBOT stated he has researched on-line how to create bombs by using C4 and dynamite. TALBOT told the UCEs he has researched targets as well as mapped out escape routes after robbing the banks. TALBOT instructed the UCEs to obtain a storage facility to store stolen explosives. TALBOT has plans to use the stolen explosives to "level the banks and kill all the employees" if they do not comply during the bank robberies. The purpose of killing people in the banks is to ruin the reputation of the "banking cartel". TALBOT believes people will no longer use those businesses after people are killed inside.

22.     During March 11 -13 2014, consensual monitoring were conducted with the UCEs. TALBOT stated he has researched on-line how to create bombs by using C4 and dynamite and intended to use them to rob armored vehicles to penetrate the locking mechanism of the armed doors. Talbot told UCEs he has researched targets as well as mapped out escape routes after robbing the armor vehicles. TALBOT told UCE-4452 he would kill the armor vehicle driver and anyone inside the vehicle by using a hand grenade and C4 explosives.

23.     On March 15, 2014, TALBOT posted on the AIM Facebook page "In a few weeks me and my team are goin active for Operation Liberty...I will not be able to post no

We will be the revolution, things will happen nation wide or in states. They will call us many names and spin things around on media. Just remember we fight to stop Marxism, liberalism, Central banking Cartels and the New World Order. I will try to find someone to take over this community page, but most of the guys who are admins are part of my unit. I will have a website up in 2 months....The funding is unlimited since the banking cartel will be forced to fund our movements".

24. TALBOT has agreed to meet with both UCEs sometime during the week of March 24th with the intent to conduct reconnaissance of the armored vehicles patterns, which TALBOT personally has decided to target. TALBOT also has agreed to travel with the UCEs to the storage facility where the alleged "stolen" explosives are being kept. TALBOT previously discussed that he intended to conduct a "flame test" to confirm that the explosive material field tests positive for the presumptive presence of explosive material. TALBOT told UCEs he researched how to conduct an electronic pulse test to confirm the C4's legitimacy.

25. Since TALBOT arrived in the Houston area in August 2013, he has lived at four separate residences. TALBOT uses Craigslist to locate rooms to rent. He stays for three to four months with the intent of not paying the last month's rent and leaves. TALBOT was evicted from 2303 Dartmouth Hills Court, Katy, Texas on or about January 20, 2014. TALBOT further has stated he would be moving from his current residence, 24757 Grand Harbor Drive #1228, Katy, Texas on March 22, 2014. TALBOT advised CHS he (TALBOT) would live in his truck until he could find another room to rent.

### Conclusion

Based upon the information outlined above, there is probable cause to believe that Robert James Talbot Jr.'s vehicle seized by your Affiant from the subject has been used in the commission of the crime and contain evidence of violation of Title 18, United States Code, Sections 373 (a) Solicitation to commit a crime of violence and Title 18, Section 1951(a) & Attempt to Interfere with Commerce by Robbery and may contain evidence regarding the aforementioned criminal violations.

D. Renee Cline
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me on this 24 day of March, 2014.

U.S. MAGISTRATE JUDGE FRANCES H. STACY

## **ATTACHMENT A**

**Items to Be Searched**

This warrant applies to 1998 black Ford Explorer, Texas license plate CMX3865, Vehicle Identification Number (VIN) IFMZU32X2WZA59669 purchased and registered to Robert James Talbot Jr.

## ATTACHMENT B

### Particular Items to be Seized

To the extent that the information described in Attachment A is within the possession, custody, or control of Robert James Talbot Jr. All the above constitutes evidence, fruits and instrumentalities of 18 U.S.C. Section 373 (a) Solicitation to commit a crime of violence.

1. Financial documents to include Western Union receipts, checking account records, and/or cashier's checks, money orders or money grams.

2. Documents including but not limited to any type of explosive materials to include pictures of explosive devices, military manuals and research conducted on-line.

3. Records, including but not limited to address and telephone books (electronic or otherwise), telephone bills, false identification or other forms of identification.

4. Documents including but not limited to research conducted on conversion of weapons, to include on-line research and pictures.

5. Documents including but not limited to research conducted on various financial institutions, armored vehicle services, and maps.

6. Laptop computer and any digital media

7. Cellular telephones to include SIM Cards or any other removable portable memory card used for cellular telephones.

8. Weapons, firearms, ammunition.

9. Thermite or any other substance that could possibly be used as a pre-cursor to manufacturing an explosive device.

II. **SEARCH PROCEDURE FOR DIGITAL DEVICES**

    1.    In searching digital devices or forensic copies thereof, law enforcement personnel executing this search warrant will employ the following procedure:

        a.    Law enforcement personnel or other individuals assisting law enforcement personnel (the "search team") will, in their discretion, either search the digital device(s) on-site or seize and transport the device(s) to an appropriate law enforcement laboratory or similar facility to be searched at that location. The search team shall complete the search as soon as is practicable but not to exceed 60 days from the date of execution of the warrant. If additional time is needed, the government may seek an extension of this time period from the Court on or before the date by which the search was to have been completed.

        b.    The search team will conduct the search only by using search protocols specifically chosen to identify only the specific items to be seized under this warrant.

            i.    The search team may subject all of the data contained in each digital device capable of containing any of the items to be seized to the search protocols to determine whether the device and any data thereon falls within the list of items to be seized. The search team may also search for and attempt to recover deleted, "hidden," or encrypted data to determine, pursuant to the search protocols, whether the data falls within the list of items to be seized.

            ii.    The search team may use tools to exclude normal operating system files and standard third-party software that do not need to be searched.

c.  When searching a digital device pursuant to the specific search protocols selected, the search team shall make and retain notes regarding how the search was conducted pursuant to the selected protocols.

d.  If the search team, while searching a digital device, encounters immediately apparent contraband or other evidence of a crime outside the scope of the items to be seized, the team shall immediately discontinue its search of that device pending further order of the Court and shall make and retain notes detailing how the contraband or other evidence of a crime was encountered, including how it was immediately apparent contraband or evidence of a crime.

e.  If the search determines that a digital device does not contain any data falling within the list of items to be seized, the government will, as soon as is practicable, return the device and delete or destroy all forensic copies thereof.

f.  If the search determines that a digital device does contain data falling within the list of items to be seized, the government may make and retain copies of such data, and may access such data at any time.

g.  The government may retain a digital device itself, and/or entire forensic copies of it, until further order of the Court or one year after the conclusion of the criminal investigation or case (whichever is latest), only if the device is determined to be an instrumentality of an offense under investigation or the government, within 14 days following the time period authorized by the Court for completing the search, obtains an order from the Court authorizing retention of the device and/or forensic copies of it (or while an application for such an order is pending). Otherwise, the government must return the device and delete or destroy all forensic copies thereof

    h. Notwithstanding the above, after the completion of the search of the digital devices, the government shall not access digital data falling outside the scope of the items to be seized absent further order of the Court.

  2. In order to search for data capable of being read or interpreted by a digital device, law enforcement personnel are authorized to seize the following items:

    a. Any digital device capable of being used to commit, further or store evidence of the offense(s) listed above;

    b. Any equipment used to facilitate the transmission, creation, display, encoding, or storage of digital data;

    c. Any magnetic, electronic, or optical storage device capable of storing digital data;

    d. Any documentation, operating logs, or reference manuals regarding the operation of the digital device or software used in the digital device;

    e. Any applications, utility programs, compilers, interpreters, or other software used to facilitate direct or indirect communication with the digital device;

    f. Any physical keys, encryption devices, dongles, or similar physical items that are necessary to gain access to the digital device or data stored on the digital device; and

    g. Any passwords, password files, test keys, encryption codes, or other information necessary to access the digital device or data stored on the digital device.

  3. The special procedures relating to digital devices found in this warrant govern only the search of digital devices pursuant to the authority conferred by this warrant and do not apply to any search of digital devices pursuant to any other court order.